**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Charles K. Nguyen                                CHAPTER 13
       Hien T. Nguyen

            Debtor(s)                                BKY. NO. 25-14186 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                      Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
03 Nov 2025, 12:11:04, EST

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322