# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

0001658 00001658    1 MB   0.622   0624M6S762PN T5 P2
HIENTHITHA NGUYEN
148 PENN AVENUE
SOUDERTON PA 18964-1849

Western Program Service Center
PO Box 2072
Richmond CA 94802-1779

Date:          June 2025
Claim Number:  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-B2



You will not be entitled to a Social Security benefit beginning
November 2025 when MOCKYLAM NGUYEN is 16.

Your benefit will stop but your child will continue receiving benefits
to age 18. We may be able to continue your benefit if your child is
disabled or you are caring for another child who is under 16 or
disabled. Let us know if you think your benefit should not end.

When you are 62, you may be entitled to retirement benefits. If you are
a widow or widower, you may be entitled to widow's or widower's
benefits at age 60 or at 50 if you are disabled. You should get in touch
with any Social Security office if you think you may be eligible for
benefits.

If you have any questions, you may call us toll-free at 1-800-772-1213 or
call your local Social Security office at (866) 964-6305. We can answer
most questions over the phone. You can also write or visit any Social
Security office. If you are deaf or hard of hearing, you may call our
TTY number, 1-800-325-0778. You can also reach us on the Internet at
www.ssa.gov. The office that serves your area is located at:



SOCIAL SECURITY
SUITE 120
1700 MARKLEY ST
NORRISTOWN PA 19401-8669

If you do call or visit an office, please have this letter with you. It will
help us answer your questions. Also, if you plan to visit an office, you
may call ahead to make an appointment. This will help us serve you
more quickly when you arrive at the office.

---

Social Security Administration                                      Form SSA-L1076-EP (03-01)

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date: November 4, 2025
BNC#: 25T2433G26057-C1



0000690 00069118      1 MB   0.672   1028M1T2R5PN  T351 P21

HIENTHITHANH NGUYEN
FOR MOCKYLAM NGUYEN
148 PENN AVE
SOUDERTON PA 18964-1849

We are writing to you about MOCKYLAM NGUYEN's Social Security benefits.

**What You Should Know**

We changed MOCKYLAM NGUYEN's monthly benefit to $1,266.20 starting November 2025. We made this change because we stopped paying benefits to another person on this record.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $1,266.00 for November 2025 around December 10, 2025.

- After that you will receive $1,266.00 on or about the second Wednesday of each month.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.



C                              See Next Page