**Fill in this information to identify your case:**

Debtor 1: CHARLES K NGUYEN
First Name  Middle Name  Last Name

Debtor 2: HIEN T NGUYEN
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 25-14186
(If known)

☑ Check if this is an amended filing

FILED
NOV 10 2025
CLERK OF COURT
BY _____ DEP. CLERK

Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

Your assets
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................. $ 302,500.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ..................................... $ 8,550.00

   1c. Copy line 63, Total of all property on *Schedule A/B* .............................................. $ 311,050.00

### Part 2: Summarize Your Liabilities

Your liabilities
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $ 179,969.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ......IRS............................. $ 6,598.06

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ......................... + $ 268,059.00

   Your total liabilities  $ 454,626.06

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ..................................................... $ 4,954.20

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* .............................................................. $ 3,953.00

Debtor 1  **CHARLES K NGUYEN**
           First Name   Middle Name   Last Name

Case number (if known) 25-14186

## Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. What kind of debt do you have?

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.
   The Debtors' total household income shown on Schedule I is $4,954.20 per month, which includes $1,688 and $1,266.20 in Social Security benefits excluded from 'current monthly income' under 11 U.S.C. § 101(10A). Therefore, only $2,000 (household contribution) is reported on Line 8 consistent with Form 122C-1, line 14."

   $ 2,000.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   | | |
   |---|---|
   | 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
   | 9d. Student loans. (Copy line 6f.) | $ 0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

   $451,528.00 is the total amount of liabilities listed in this case,
   which includes all secured, priority, and nonpriority unsecured debts as reflected in Schedules D and E/F.
   This amount incorporates the PennyMac secured claim ($179,969), the IRS priority claim ($3,500), and approximately $268,059 in general unsecured debts, including the disputed judgment of Tho Nguyen and lease-to-own balances with Accima Credit and Progressive Leasing. Amounts from the prior dismissed case have been fully re-listed and consolidated in this new case.