**Fill in this information to identify your case:**

Debtor 1: CHARLES K NGUYEN
First Name    Middle Name    Last Name

Debtor 2: HIEN T NGUYEN
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 25-14186

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
11/07/2025
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
   | Occupation | | |
   | Employer's name | | |
   | Employer's address | Number Street<br><br>City State ZIP Code | Number Street<br><br>City State ZIP Code |
   | How long employed there? | | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 0.00 | $ 0.00 |

Official Form 106I    Schedule I: Your Income    page 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              )
CHARLES K NGUYEN                    ) Case No. 25-14186-AMC
                                    )
HIEN T. NGUYEN                      ) Chapter 13
                                    )
   Debtor (s)                       )

## ATTACHMENT TO SCHEDULE I – LINE 11

*(Regular contributions to household expenses)*

**Line 11** – State all other regular contributions to the expenses that you list in Schedule J.

Regular contribution:

A **shared housing contribution of $2,000 per month** from an occupant at **148 Penn Ave**, applied directly toward the **mortgage and household expenses**.

This arrangement began in **September 2025**, following completion of necessary home maintenance, and was established **in good faith to stabilize the household budget** in anticipation of a **projected reduction in SSI benefits effective December 2025**.

No prior rental or business use occurred, and **no income was received before that date**. This arrangement **is temporary** and **does not constitute rental or business income**. All contributed funds are **applied solely toward the household's mortgage and utilities**, and **no taxable income is generated** from this arrangement.

Respectfully submitted,

Debtor (s) Charles K Nguyen and Hien T. Nguyen _____

148 Penn Avenue
Souderton, PA 18964
Telephone: (267.471.4436
Email: cn78858@gmail.com

Debtor 1    CHARLES K NGUYEN
    First Name    Middle Name    Last Name

Case number (if known) 25-14186

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................................→ | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | +$ 0.00 | +$ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  → 7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e. **Social Security**    8e.    $ 0.00    $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: Shared housing contribution – $2,000/month (details attached)    8f.    $ 0.00    $ 0.00

8g. **Pension or retirement income**    8g.    $ 1,688.00    $ 1,940.00

8h. **Other monthly income.** Specify: _____    8h.    +$ 0.00    +$ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 1,688.00    $ 1,940.00

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 1,688.00  +  $ 1,940.00  =  $ 3,628.00

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: Shared housing contribution – $2,000/month (details attached)    11. +$ 2,000.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.    $ 4,954.20
Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: See statement of change in income and Verified Benefit Letter (attached)

Official Form 106I    Schedule I: Your Income    page 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| CHARLES K NGUYEN | ) Case No. 25-14186-AMC |
| | ) |
| HIEN T. NGUYEN | ) Chapter 13 |
| | ) |
| Debtor (s) | ) |

STATEMENT OF CHANGE IN INCOME

We, the Debtors, respectfully submit this statement to explain a recent change and correction in our household income information.

Due to an earlier misunderstanding regarding our Social Security records, the income amounts reported in our previous Chapter 13 Plan were not fully accurate.
After receiving updated information from the Social Security Administration in **December 2025**, we are now providing the correct income details.

The SSI that was previously issued under Hien Nguyen's name has ended because our daughter turned 16 years old. However, our daughter continues to receive **$1,266.20 per month** in Social Security dependent benefits, and this will continue until she turns 18.

Our household still receives **$1,688.00 per month** in SSI benefits, and we also receive a regular **$2,000.00 per month contribution** from a person who lives with us and helps pay household expenses. This person is **not a family member** and has **no ownership or financial interest** in our home.

Together, these sources provide a total monthly household income of **$4,954.20**, which is sufficient to maintain our Chapter 13 Plan payments of **$1,000 per month**.
A copy of the Social Security Letter showing this adjustment is attached.

Respectfully submitted,

Debtor (s) Charles K Nguyen and Hien T. Nguyen _____

148 Penn Avenue
Souderton, PA 18964
Telephone: (267.471.4426
Email: cn78858@gmail.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | CHARLES K NGUYEN | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | HIEN T NGUYEN | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 25-14186

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
11/07/2025

Official Form 106J

## Schedule J: Your Expenses–Charles K. Nguyen & Hien T. Nguyen — Joint Debtors

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?

   ☑ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. Do you have dependents?
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | 16 | ☐ No  ☑ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. (PennyMac – first mortgage on primary residence (148 Penn Ave, Souderton, PA).   4.   $ 1,618.00

   If not included in line 4:
   4a. Real estate taxes    (Included in mortgage escrow)    4a.    $ 0.00
   4b. Property, homeowner's, or renter's insurance  -  (Included in escrow)    4b.    $ 0.00
   4c. Home maintenance, repair, and upkeep expenses  - (Regular cleaning, lawn, and small repair supplies.)    4c.    $ 100.00
   4d. Homeowner's association or condominium dues    4d.    $ 0.00

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1    CHARLES K NGUYEN
First Name    Middle Name    Last Name

Case number (if known) 25-14186

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans      5. $ 0.00

6. **Utilities:**
   - 6a. Electricity, heat, natural gas      6a. $ 450.00
   - 6b. Water, sewer, garbage collection      6b. $ 275.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services      6c. $ 200.00
   - 6d. Other. Specify: _____      6d. $ 0.00

7. **Food and housekeeping supplies**      7. $ 600.00

8. **Childcare and children's education costs**      8. $ 100.00

9. **Clothing, laundry, and dry cleaning**      9. $ 100.00

10. **Personal care products and services**      10. $ 100.00

11. **Medical and dental expenses**      11. $ 100.00

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.      12. $ 80.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**      13. $ 50.00

14. **Charitable contributions and religious donations**      14. $ 30.00

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance      15a. $ 0.00
    - 15b. Health insurance      15b. $ 0.00
    - 15c. Vehicle insurance      15c. $ 200.00
    - 15d. Other insurance. Specify: _____      15d. $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____      16. $ 0.00

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1      17a. $ 0.00
    - 17b. Car payments for Vehicle 2      17b. $ 0.00
    - 17c. Other. Specify: _____      17c. $ 0.00
    - 17d. Other. Specify: _____      17d. $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I).      18. $ 0.00

19. **Other payments you make to support others who do not live with you.**
    Specify: _____      19. $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    - 20a. Mortgages on other property      20a. $ 0.00
    - 20b. Real estate taxes      20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance      20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses      20d. $ 0.00
    - 20e. Homeowner's association or condominium dues      20e. $ 0.00

Official Form 106J    Schedule J: Your Expenses    page 2

Debtor 1  **CHARLES K NGUYEN**
     First Name   Middle Name   Last Name

Case number (if known) 25-14186

21. Other. Specify: Cigarettes      21. +$ 80.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.      22a. $ 3,953.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 (Joint)      22b. $ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.      22c. $ 3,953.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.      23a. $ 4,954.20

    23b. Copy your monthly expenses from line 22c above.      23b. −$ 3,953.00

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.      23c. $ 1,001.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.     Explain here: