# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| CHARLES K NGUYEN | ) Case No. 25-14186-AMC |
| | ) |
| HIEN T. NGUYEN | ) Chapter 13 |
| | ) |
| Debtor (s) | ) |

*Filed in connection with:*
- ✓ *Notice to File New Chapter 13 Case*
- ✓ *Motion to Impose Automatic Stay (Doc. 9)*
- ✓ *Proposed Order and Notice of Hearing*

## NOTICE REGARDING SERVICE – CREDITOR'S REFUSAL TO ACCEPT MAIL

### Identification of Creditor

Creditor **Tho Nguyen** is an individual listed in the Debtor's Schedule E/F as an unsecured creditor with a disputed claim of approximately $248,000.

As of the date of this filing, no attorney of record has entered an appearance on behalf of Tho Nguyen in Case No. 25-14186-AMC.

All service attempts described herein have therefore been made directly to Mr. Nguyen's last known address at 534 E. Broad Street, Souderton, Pennsylvania 18964, in compliance with Federal Rule of Bankruptcy Procedure 7004(b)(1). 9.

### 1. Background

On multiple occasions, the Debtor has made diligent efforts to properly serve creditor Tho Nguyen with copies of all relevant pleadings and notices associated with the above-referenced case, including the Motion to Impose Automatic Stay, Notice of Hearing, and Proposed Order.

### 2. Service Attempt

a. On October 16, 2025, The Debtor first mailed the required documents by Certified U.S. Mail, which USPS records confirm as delivered and signed.
b. On October 27, 2025 A second service attempt was made, but USPS tracking showed "Notice Left – No Authorized Recipient Available."

c. On **October 30, 2025**, Mr. Tho Nguyen sent an email to the Debtor explicitly refusing further mail communications and stating that any correspondence must go "through my lawyer."

d. On **November 3, 2025**, despite these repeated refusals, the Debtor has continued to comply in good faith with **FRBP 7004(b)(1)** by sending all relevant pleadings to the creditor's valid mailing address via Certified U.S. Mail. (Tracking No. 9589071052702743914399) to the same valid address at:

**534 E. Broad Street, Souderton, PA 18964.**

USPS tracking confirms that on November 5, 2025, delivery was attempted at 12:44 p.m., and a notice was left because no authorized recipient was available.

e. On **November 6, 2025**, the Debtor received another email from creditor **Tho Nguyen**, again refusing to accept any mail delivery and explicitly stating that he "will return all mail and will not receive postal correspondence," and that "all communication must go through his lawyer."

However, as of the date of this filing, **no attorney of record has entered an appearance** on behalf of Mr. **Tho Nguyen** in Case No. **25-14186-AMC**, as required by **Local Bankruptcy Rule 9010-1**.

### 3. Compliance and Legal Basis

These repeated efforts demonstrate the Debtor's continuing good faith and compliance with Federal Rule of Bankruptcy Procedure 7004(b)(1) regarding service by mail upon an individual at their dwelling or usual place of abode. The Debtor respectfully requests that the Court recognize these mailings as valid and sufficient service under the circumstances, as the creditor's non-acceptance is beyond the Debtor's control.

Respectfully submitted,

Dated: November 7, 2025

_____
Charles K Nguyen and Hien T. Nguyen 148
Penn Avenue, Souderton, PA 18964
Email: cn78858@gmail.com      Phone: (267) 471-4426

**Exhibits Attached**

A – USPS Proof of Delivery (Oct 16 2025)
B – USPS Tracking "Notice Left" (Oct 27 2025)
C – Email from Tho Nguyen (Oct 30 2025)
D – USPS Tracking "Notice Left" (November 5 2025)
E – Email from Tho Nguyen (Oct 30 2025)

# EXHIBIT A

## USPS Certified Mail Tracking Record
## (Service of Motion to Impose Automatic Stay)

**Summary:**

Exhibit A is the **USPS tracking record** for the Certified Mail sent to **Tho Nguyen, 534 E. Broad Street, Souderton, PA 18964**, containing the *Motion to Impose the Automatic Stay* and notice of filing.

According to the official USPS report:

- On **October 16, 2025**, the mailing was accepted at the post office and assigned tracking number **[insert tracking number]**.
- On **October 17, 2025**, delivery was completed and **the recipient signed for the certified mail**.

**Explanation:**

1. This exhibit proves that **proper service was completed** under **Federal Rule of Bankruptcy Procedure 7004(b)(1)**.
2. The creditor personally received and signed for the Motion to Impose Automatic Stay.
   Accordingly, **notice was perfected**, and the creditor had full opportunity to respond before the hearing.
3. This establishes both **compliance with the procedural rule** and **actual notice** to the opposing party.

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702743907445

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:38 am on October 17, 2025 in SOUDERTON, PA 18964.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

SOUDERTON, PA 18964
October 17, 2025, 11:38 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                                    ⌄

**USPS Tracking Plus®**                                                                      ⌄

**Product Information**                                                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT B

# USPS Certified Mail Tracking Record

### Summary:

Exhibit A is the official USPS tracking record for Certified Mail No. **9589 0710 5270 2743 9066 60**, addressed to **Tho Nguyen, 534 E. Broad Street, Souderton, PA 18964.** According to the USPS tracking history:

- On **October 28, 2025, at 11:39 AM**, the postal carrier attempted delivery at the above address, but no authorized recipient was available.
- A **delivery notice** was left at the location, informing the recipient that the mail could be retrieved from the post office or redelivered upon request.
- If unclaimed by **November 12, 2025**, the mail would be returned to the sender.

### Explanation:

This exhibit demonstrates that proper service was made in compliance with **Federal Rule of Bankruptcy Procedure 7004(b)(1)**.

Although the recipient did not sign for the letter, USPS confirmed that delivery was attempted at the valid last-known address and that a notice was left.

Under federal service rules, **the debtor's obligation is to mail the document to the correct address by certified mail**, not to ensure that the creditor physically signs for it. Therefore, this tracking record constitutes **constructive proof of service**.

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052702743906660

Copy   Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

### Latest Update

We attempted to deliver your item at 11:39 am on October 28, 2025 in SOUDERTON, PA 18964 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning October 29, 2025. If this item is unclaimed by November 12, 2025 then it will be returned to sender.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivery Attempt: Action Needed
**Notice Left (No Authorized Recipient Available)**
SOUDERTON, PA 18964
October 28, 2025, 11:39 am

### Out for Delivery
SOUDERTON, PA 18964
October 28, 2025, 6:13 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates           ∨

Schedule Redelivery            ∨

# EXHIBIT C

## 📤 Original Vietnamese Email (with minor corrections):

Từ nay trở đi, có chuyện gì thì em cứ gửi và gặp luật sư của anh nhé.
Anh sẽ không nhận bất cứ thư từ hay giấy tờ nào trực tiếp từ em nữa.
– Anh –

## English Translation:

From now on, if there is any matter, please send and contact my attorney.
I will not accept or receive any mail or documents directly from you anymore.
– Tho Nguyen –

## ⚖️ Suggested Legal Exhibit Caption:

**Exhibit C – Email from Creditor Tho Nguyen dated October 30, 2025**

True and correct English translation of an email received from creditor Tho Nguyen, stating that he will no longer accept any mail directly from the Debtor and that all matters should be directed to his "attorney," though no attorney has entered an appearance on the docket as of that date.

10/31/25, 3:13 PM                                                               Gmail - (không có chủ đề)

 Gmail                                                      Thanh Hien <hiennguyen7626@gmail.com>

**(không có chủ đề)**
1 thư

**Tho Nguyen** <nguyen319@verizon.net>                                          lúc 15:07 30 tháng 10, 2025
Đến: thanh hien nguyen <hiennguyen7626@gmail.com>

Tu nay tro di co chuyen gi em cu gui va gap ls cua anh nha
Anh se khong nhan bat cu thu gi cua em va nhuan
Anh

Sent from the all new AOL app for iOS

# Exhibit D

# USPS Certified Mail Proof

# (Tracking #9589 0710 5270 2743 9143 99)

**English Summary for Court Record**

Exhibit D is the official USPS tracking record for Certified Mail sent by the Debtor to creditor **Tho Nguyen**, mailed on **November 3, 2025** to:

**534 E. Broad Street, Souderton, PA 18964.**

USPS tracking history shows the following key events:

- November 3, 2025, 12:14 p.m. – Accepted at Souderton Post Office, PA 18964.
- **November 4–5, 2025 – In transit to delivery unit.**
- November 5, 2025, 12:44 p.m. – Delivery attempted; notice left ("No Authorized Recipient Available").

This means the Postal Service physically attempted delivery to the address but no one accepted or signed for the certified letter.
A "Notice Left" slip was placed, indicating that the addressee could pick up the item at the post office.

As of November 6, 2025, the item remains **"Available for Pickup – Attempted Delivery, Notice Left."**

This record confirms the Debtor's **third good-faith attempt** to serve Mr. Tho Nguyen by Certified U.S. Mail in compliance with **FRBP 7004(b)(1)**.

ALERT: AN UNEXPECTED INCIDENT AT THE AIRPORT IN LOUISVILLE, KY MAY DELAY FINAL D...

# USPS Tracking®

FAQs >

Tracking Number:

## 9589071052702743914399

Remove ✕

Copy        Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

## Latest Update

We attempted to deliver your item at 12:44 pm on November 5, 2025 in SOUDERTON, PA 18964 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning November 6, 2025. If this item is unclaimed by November 20, 2025 then it will be returned to sender.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivery Attempt: Action Needed
**Notice Left (No Authorized Recipient Available)**
SOUDERTON, PA 18964
November 5, 2025, 12:44 pm

### Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER
November 4, 2025, 12:20 am

### See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

### Text & Email Updates ⌄



## EXHIBIT E

### ✉ Original Vietnamese Email (with minor corrections):

Co va nhuan dung gui thu den toi tra lai khong nhan thu co gi cu thong qua ls cua toi nha

### English Translation:

On November 6, 2025, the creditor wrote:

*"You and your husband, do not send me any mail. If you send me mail, I will return it and will not accept it. If there is anything, please go through my lawyer."*

### ⚖ Suggested Legal Exhibit Caption:

**Exhibit E – Email from Creditor Tho Nguyen dated November 6, 2025**

This email demonstrates the creditor's continued and intentional refusal to accept postal service, and his false representation of having counsel when no attorney has entered an appearance on the docket.

# Gmail

Thanh Hien <hiennguyen7626@gmail.com>

## (không có chủ đề)
1 thư

**Tho Nguyen** <nguyen319@verizon.net>                                          lúc 23:47 6 tháng 11, 2025
Đến: thanh hien nguyen <hiennguyen7626@gmail.com>

Co va nhuan dung gui thu den toi tra lai khong nhan thu co gi cu thong qua ls cua toi nha

Sent from the all new AOL app for iOS