L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :                    Chapter 13
Charles K
Nguyen                          :
Hien T Nguyen

Debtor (s)          :                    Bky. No. 25-14186

\*    \*    \*    \*    \*    \*    \*

### CERTIFICATION OF SERVICE

Debtors, Charles K Nguyen and Hien T Nguyen, certify that on November 3 2025, debtors caused true and correct copies of the following documents to be served by **U.S. Postal Service mail** upon all parties listed below:

**Documents Served:**

Document 1: Notice to File New Chapter 13 Case
Document 2: Motion to Impose Automatic Stay (Doc. 9)
Document 3: Notice of Hearing and Proposed Order
Document 4: Amended Chapter 13 Plan
Document 5: Notice Regarding Service – Creditor's Refusal to Accept Mail (with Exhibits A–E)

Debtors certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: November 07, 2025

Charles K Nguyen and Hien T Nguyen _____

Mailing List Exhibit:

## I. Certified Mail (SPS)

| Recipient | Address | Relationship | Date Sent | USPS Certified Tracking No |
|---|---|---|---|---|
| **Kenneth E. West, Esq** | 190 N. Independence Mall West, Suite 701 Philadelphia, PA 19106 | Chapter 13 Trustee | 10/27/25 | [Tracking #9589071052701154012347] |
| **Robert N.C. Nix** | 900 Market Street Suite 320 Philadelphia, PA 19107 | US Trustee | 10/27/25 | [Tracking #9589071052701154012347] |
| **PennyMac Loan Services, LLC** | Los Angeles, CA 90051 | Secured Creditor | 10/27/25 | [Tracking #9589071052702743907141] |
| **Matthew Nahrgang** | Collegeville, PA 19426 | Hypothetical counsel for unsecured Creditor | 10 /16/25 | [Tracking #9589071052702743907445] |
| **Tho Nguyen** | 534 E. Broad Street, Souderton, PA 18964 | Disputed Creditor | 10/16/25 | [Tracking #9589071052702743906660] |
| **Tho Nguyen** | same address | Disputed Creditor | 10/27/25 | [Tracking #9589071052702743909982] |
| **Tho Nguyen** | same address | Disputed Creditor | 11/03/25 | [Tracking #9589071052702743914399] |

## II. First-Class Mail (USPS)

The following creditors, as listed in the Debtors' **Amended Mailing Matrix (32 total)**, were served by **First-Class Mail, postage prepaid**, at their addresses of record on **November 6, 2025**.

See attached *Mailing Matrix of 32 Creditors* incorporated herein by reference.

## I declare under penalty of perjury that the foregoing is true and correct.

**Date:** November 7, 2025
**Charles K Nguyen and Hien T. Nguyen**
148 Penn Avenue
Souderton, PA 18964
Phone: (267) 471 4426 - Email: cn78858@gmail.com



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Philadelphia, PA 19107

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $1.07

Total Postage and Fees  $6.37

Sent To  United State Trustee
Street and Apt. No., or PO Box No.  Robert N.C. Nix Fed Build 900 Market St
City, State, ZIP+4  Philadelphia PA 19107

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Souderton, PA 18964

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $2.17

Total Postage and Fees  $7.47

Sent To  THO NGUYEN
Street and Apt. No., or PO Box No.  534 E. Broad Street
City, State, ZIP+4  Souderton PA 18964

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

Philadelphia, PA 19106

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $1.90

Total Postage and Fees  $7.20

Sent To  Kenneth E. West, ESQ.
Street and Apt. No., or PO Box No.  Office of Chapter 13 standing Trustee
City, State, ZIP+4  190 N. Philadelphia PA 19106

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

Collegeville, PA 19426

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $1.07

Total Postage and Fees  $6.37

Sent To  Matthew A. NAHRGANG ESQuire
Street and Apt. No., or PO Box No.  35 EVansburg Rd.
City, State, ZIP+4  Collegeville PA 19426

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Souderton, PA 18964

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $1.07

Total Postage and Fees

Sent To  THO NGUYEN
Street and Apt. No., or PO Box No.  534 E. Broad St
City, State, ZIP+4  Souderton PA 18964

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Souderton, PA 18964

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $1.07

Total Postage and Fees  $6.37

Sent To  THO NGUYEN
Street and Apt. No., or PO Box No.
City, State, ZIP+4

11/03/2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Los Angeles, CA 90051

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $1.07

Total Postage and Fees

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Los Angeles, CA 90051

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $0.78

Total Postage and Fees  11/03/2025

**UNITED STATES POSTAL SERVICE®**  Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

— Charles Nguyen and Hien Nguyen —
— 148 Penn Ave —
— Souderton, PA 18964 —

— Regency Finance Company —
— Attn: Bankruptcy Department —
— P.O. Box 7028 —
— Indiana, PA 15701 —

Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03 25
AMOUNT
$2.40
S2324W500624-10

---

...uyen and Hien Nguyen
...ve
... PA 18964

...ly Financial Inc.)
...tcy Department
...901
... MN 55438-0901

... PSN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03 25
AMOUNT
$2.40
S2324W500624-10

---

**UNITED STATES POSTAL SERVICE®**  Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

— Charles Nguyen and Hien Nguyen —
— 148 Penn Ave —
— Souderton, PA 18964 —

— OneMain Financial Group, LLC —
— Attn: Bankruptcy Department —
— P.O. Box 3251 —
— Evansville, IN 47731-3251 —

Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03 25
AMOUNT
$2.40
S2324W500624-10

---

...STATES ...SERVICE®  Certificate of Mailing

...dence that mail has been presented to USPS® for mailing. ...and international mail.

...uyen and Hien Nguyen
...ve
... PA 18964

The Bank of Missouri
...tcy Department
...0
...4240-3220

PSN 7530-02-000-9065

U.S. POSTAGE F...
FCM LETTER
TELFORD, P...
NOV 03 202...
$0.00
S2325A500...

Retail   RDC 99

---

**UNITED STATES POSTAL SERVICE®**  Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

— Charles Nguyen and Hien Nguyen —
— 148 Penn Ave —
— Souderton, PA 18964 —

— ADT LLC (Original Creditor) —
— Attn: Bankruptcy Department —
— 1501 Yamato Road —
— Boca Raton, FL 33431 —

Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTA...
FCM LETTE...
TELFORD, P...
NOV 03 25
$0.00
S2325A500...

Retail   RDC 99

---

...STATES ...VICE®  Certificate of Mailing

...dence that mail has been presented to USPS® for mailing. ...and international mail.

...yen and Hien Nguyen
...ve
...PA 18964

...Card Services (Celtic Bank)
...uptcy Department
...77
...OR 97076-4477

... PSN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03 25
AMOUNT
$2.40
S2324W500624-10

---

**UNITED STATES POSTAL SERVICE®**  Certificate of Mailing

...s Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

— Charles Nguyen and Hien Nguyen —
— 148 Penn Ave —
— Souderton, PA 18964 —

First PREMIER Bank

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03 25
AMOUNT
$2.40
S2324W500624-10

---

...TATES ...SERVICE®  Certificate of Mailing

...dence that mail has been presented to USPS® for mailing. ...and international mail.

...uyen and Hien Nguyen
...ve
... PA 18964

...ace, LLC
...tcy Department

U.S. POSTAGE F...
HARLEYSVILLE, PA
19438
NOV 03 25
AMOUNT
$2.40
S2325A500033

**UNITED STATES POSTAL SERVICE®**    Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

Charles Nguyen and Hien Nguyen
148 Penn Ave
Souderton, PA 18964

To: First Savings Bank (Blaze Mastercard / First
Savings Credit Card)
Attn: Bankruptcy Department
P.O. Box 5019
Sioux Falls, SD 57117-5019

PS Form **3817**, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03, 25
AMOUNT
$2.40
S2324W500624-10

U.S. POSTAGE
FCM LETTER
TELFORD, PA
NOV 03, 202
$0.00
19106

Retail

---

**UNITED STATES POSTAL SERVICE®**    Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

Charles Nguyen and Hien Nguyen
148 Penn Ave
Souderton, PA 18964

To: Comenity Bank / Wayfair Credit
Card
Attn: Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218-2125

PS Form **3817**, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03, 25
AMOUNT
$2.40
S2324W500624-10

U.S. POSTAGE
FCM LETTER
TELFORD, PA
NOV 03, 202
$0.00
17015

Retail

RDC 99

---

**UNITED STATES POSTAL SERVICE®**    Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

Charles Nguyen and Hien Nguyen
148 Penn Ave
Souderton, PA 18964

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

PS Form **3817**, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE
FCM LETTER
TELFORD, PA
NOV 03, 202
$0.00
S2325A50011
10161

Retail

RDC 99

NGUYEN, HIEN NGUYEN
AVE
N, PA 18964

UA, COSTCO VISA
NKRUPTCY, DEPT
190040
MO 63179-0040

PSN 7530-02-000-9065

U.S. POSTAGE
FCM LETTER
TELFORD, PA
NOV 03, 202
$0.00
S2325A50011
63179

Retail

RDC 99

---

**POSTAL SERVICE®**    Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

Charles Nguyen and Hien Nguyen
148 Penn Ave
Souderton, PA 18964

Mission Lane LLC

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03, 25
AMOUNT
$2.40
S2325A00

Nguyen and Hien Nguyen
Ave
, PA 18964

ard Services
orrespondence /

U.S. POSTAGE
FCM LETTER
TELFORD, PA
NOV 03, 202
$0.
S2325A00
19850

## UNITED STATES POSTAL SERVICE
### Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Charles Nguyen and Hien Nguyen
148 Penn Ave
Souderton, PA 18964

To:
CitiBank, N.A.-Home Depot Credit
Services
Attn: Bankruptcy Department
P.O. Box 790034
St. Louis, MO 63179-0034

PS Form 3817, April 2007  PSN 7530-02-000-9065

U.S. FCM TELFOR[...] NOV 03[...]  $0.0[...]  S232[...]
63179
Retail  RDC 99

---

NGUYEN - HIEN NG
N
N, PA 18964.

LLC
...tcy Department
...020

$2.40
HARLESVILLE, PA
19438
NOV 03, 25
AMOUNT
S2325A500339-2
PSN 7530-02-000-9065

---

## UNITED STATES POSTAL SERVICE
### Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

From:

Charles Nguyen and Hien Nguyen
148 Penn Ave
Souderton, PA 18964

To:
SRM – Security Recovery
Management (Collection Agent for
ADT)
P.O. Box 1108
Rockville, MD 20849-1108

S Form 3817, April 2007  PSN 7530-02-000-9065

U.S. POSTA[...] FCM LETTER TELFORD, P[...] NOV 03, 202[...]  $0.00  S2325A5001[...]
20849
Retail  RDC 99

---

### Certificate Of Mailing

...idence that mail has been presented to USPS® for mailing. ...d international mail.

...uyen and Hien Nguyen
...ve
...PA 18964

...k
...uptcy Department
...5
...OH 43054-3025

PSN 7530-02-000-9065

U.S. POSTA[...] FCM LETTE[...] TELFORD, F[...] NOV 03, 20[...]  $0.00
43054
Retail

---

## UNITED STATES POSTAL SERVICE
### Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Charles Nguyen and Hien Nguyen
148 Penn Ave
Souderton, PA 18964

To:
TD Bank USA, N.A.
Target Credit Card (Target Mastercard)
Attn: Bankruptcy Department
P.O. Box 9475
Minneapolis, MN 55440-9475

'S Form 3817, April 2007  PSN 7530-02-000-9065

$2.40
HARLESVILLE, PA
19438
NOV 03, 25
AMOUNT
S2325A500339-2
U.S. POSTAGE PAID

---

### Certificate Of Mailing

...ence that mail has been presented to USPS® for mailing. ...d international mail.

...yen and Hien Nguyen
...e
...PA 18964

...nk (USA), N.A.
...tcy Department
...
...UT 84130-0285

PSN 7530-02-000-9065

U.S. POSTA[...] FCM LETTE[...] TELFORD, F[...] NOV 03, 20[...]  $0.00
84130
Retail

---

## UNITED STATES POSTAL SERVICE
### Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

CHARLES NGUYEN - HIEN
148 PENN AVE
SOUDERTON, PA 189

Continental Finance Company, LLC
Attn: Bankruptcy Department

---

### Certificate Of Mailing

...ce that mail has been presented to USPS® for mailing. ...d international mail.

NGUYEN - HIEN NG
N AVE
ON, PA 18964

Card

$2.40
HARLESVILLE, PA
19438
NOV 03, 25
AMOUNT
S2325A500339

**UNITED STATES POSTAL SERVICE®** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

Charles Nguyen and Hien Nguyen
148 Penn Ave
Souderton, PA 18964

Bank of America, N.A.
Attn: Bankruptcy Department
P.O. Box 31785
Tampa, FL 33631-3785

Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03, 25
AMOUNT
$2.40
S2325A500339-2

---

**UNITED STATES POSTAL SERVICE®** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

CHARLES NGUYEN -HIEN N
148 PENN AVE
SOUDERTON, PA 1896(

PPL Electric Utilities
Attn: Bankruptcy Department
2 North 9th Street (GENN1)
Allentown, PA 18101-1179

S Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03, 25
AMOUNT
$2.40
S2325A500339-2

---

**UNITED STATES POSTAL SERVICE®** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

CHARLES K.NGUYEN - HIEN
148 PENN AVE
SOUDERTON, PA 18964

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

S Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03, 25
AMOUNT
$2.40
S2325A500339-2

---

**UNITED STATES POSTAL SERVICE®** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

Charles Nguyen and Hien Nguyen
148 Penn Ave
Souderton, PA 18964

Progressive Leasing
Attn: Bankruptcy Department

U.S. PO
FCM LI
TELFO
NOV 03
$0

S2325

2E048

---

**UNITED STATES POSTAL SERVICE®** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

S NGUYEN - HIEN N
ENN
on, PA 18964

Bank
ruptcy Department
5060
L 32896-5060

7 PSN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03, 25
AMOUNT
$2.40
S2325A500339-2

---

**STATES SERVICE®** — Certificate Of Mailin

evidence that mail has been presented to USPS® for mailin
and international mail.

uyen and Hien Nguyen
ve
PA 18964

nk, N.A.
tcy Department
3
89193-8873

PSN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03, 25
AMOUNT
$2.40
S2325A500339-2

---

**ATES RVICE®** — Certificate Of Mailin

ence that mail has been presented to USPS® for mailin
d international mail.

uyen and Hien T Nguyen
nue
18964

nk (PayPal Credit /

tcy Department
060
2896-5060

SN 7530-02-000-9065

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03, 25
AMOUNT
$2.40
S2325A500339-2

---

**RVICE®** — Mailin

ence that mail has been presented to USPS® for mailing
international mail.

uyen and Hien Nguyen
ve
PA 18964

edit Card
tcy Department

U.S. POSTAGE PAID
HARLEYSVILLE, PA
19438
NOV 03, 25
AMOUNT
$2.40
S2325A500339-2