*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Charles K. Nguyen and Hien T. Nguyen

    Debtor(s)

Case No: 25–14186–amc

Chapter: 13

___

*STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Ashely M. Chan ,

United States Bankruptcy Court

on 1/6/26 at 11:00 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003 .

re: motion to impose the stay filed at doc #9.

Please call 1–646–828–7666 with meeting ID 160 6807 8081 to attend.

For The Court

Mohung Wong
Clerk of Court