UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| CHARLES K NGUYEN | ) Case No. 25-14186-AMC |
| | ) |
| HIEN T. NGUYEN | ) Chapter 13 |
| | ) |
| Debtor(s) | ) |

FILED
DEC 8 2025
CLERK OF COURT
BY _____ DEP. CLERK

# CERTIFICATION OF NO PAY ADVICES

We, the undersigned Debtor, hereby certify under penalty of perjury as follows:

1. I did not receive any wage income or pay advices during the sixty (60) days prior to the filing of our Chapter 13 bankruptcy petition.
2. We are not employed and do not receive wages.
3. Our household income during that period was derived from **Social Security retirement benefits received by Charles K. Nguyen**, which are not accompanied by pay advices.

We certify that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

_[signature]_                                      _[signature]_

**Charles K Nguyen and Hien T. Nguyen**

Debtor, Pro Se

Dated: December 4, 2025