IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE:　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

　　CHARLES K. NGUYEN
　　HIEN T. NGUYEN,
　　　　　　　Debtors　　　　　　　　　　Bky No.25-14186AMC

**ORDER**

AND NOW, this 8th day of January, 2026, upon consideration of the Debtors' Motion to Impose the Stay (docket entry #9) and after a hearing, it is hereby:

ORDERED AND DECREED that Debtors' Motion is **DENIED** for the reasons stated on the record in open Court.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　Chief Judge, U.S. Bankruptcy Court