**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

FEE PAID

In re:                                )

CHARLES K NGUYEN                       ) Case No. 25-14186-AMC
                                       )
HIEN T. NGUYEN                         )Chapter 13
                                       )
   Debtor (s)                          )


# NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7


The Debtor hereby converts this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. §1307(a).


Respectfully submitted,

**Hien T. Nguyen**_____

**Charles K Nguyen**_____

Debtors, Pro Se

Dated: Mar 05, 2026



FILED

MAR 10 2026

CLERK OF COURT
DEP. CLERK

BY _____