IN RE:                                          )

Charles and Hien Nguyen            )          Bankruptcy No. 25-14186
                    Debtor.                   )
                                                )          Chapter 7
                                                )

## ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY ENTER my appearance on behalf of the debtor in the above-captioned

Chapter 7   bankruptcy case. Debtors were previously pro se.

Respectfully submitted,

*Isl Sharon S. Masters*
Sharon S. Masters, Esquire
132 Overleaf Drive
Thorndale, PA 19372
(610) 322-5277
FAX: (951) 344-0434
shmasters@hotmail.com
Attorney for Debtor

Dated: XXXXXXXX 4/22/2026