United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 25-14186-amc

Charles K. Nguyen                                                          Chapter 7

Hien T. Nguyen
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 1

Date Rcvd: May 01, 2026                       Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

**Recip ID**                 **Recipient Name and Address**
db/jdb              +   Charles K. Nguyen, Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

MATTHEW K. FISSEL
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

ROBERT H. HOLBER
                    trustee@holber.com  rholber@ecf.axosfs.com

SHARON S. MASTERS
                    on behalf of Joint Debtor Hien T. Nguyen shmasters@hotmail.com  G65312@notify.cincompass.com

SHARON S. MASTERS
                    on behalf of Debtor Charles K. Nguyen shmasters@hotmail.com  G65312@notify.cincompass.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Charles K. Nguyen<br>          Hien T. Nguyen<br>                              Debtor(s) | CHAPTER 7 |
| PENNYMAC LOAN SERVICES, LLC<br>                              Movant<br>          vs. | NO. 25-14186 AMC |
| Charles K. Nguyen<br>Hien T. Nguyen<br>                              Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber<br>                              Trustee | |

## ORDER

AND NOW, this 30th day of April, 2026 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 148 Penn Avenue , Souderton, PA 18964 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan, United States Bankruptcy Judge.