IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :Chapter 7
                                    :
CHARLES K. NGUYEN                   :
HIEN T. NGUYEN                      :
                                    :
                                    :
              Debtor(s)             :Bankruptcy No. 25-14186- AMC

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING
TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)


        AND NOW, this 4th of June 2026, it is hereby agreed and
stipulated between the Trustee, Robert H. Holber, Esquire,
Chapter 7 Trustee, and Counsel for Debtor(s), Sharon S. Masters,
Esquire, as follows:

        1.   The current deadline for Trustee and any party in
interest to file a Complaint Objecting to Discharge and Time to
Move for Dismissal (or Conversion) is June 15, 2026.

        2. The parties hereby agree, that the Trustee, and any
party in interest including the U.S. Trustee shall have until
August 14, 2026 to file a Complaint  Objecting to Discharge
and/or filing a Motion to Dismiss (or Convert) pursuant to 11
U.S.C. Section 707(b).   Debtor's attorney certifies that she has
specific authority from the Debtor to enter into this
Stipulation.


_____            _____
Robert H. Holber                   Sharon S. Master, Esquire
Chapter 7 Trustee                  Counsel for Debtor


                            ORDER

        AND NOW, this      day of       , 2026, IT IS HEREBY
ORDERED that the above Stipulation be approved and made an Oder
of this Court with full force and effect thereof.


                          _____
                          Ashely M. Chan
                          United States Bankruptcy Judge