United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14186-amc |
| Charles K. Nguyen | Chapter 7 |
| Hien T. Nguyen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 11, 2026 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles K. Nguyen, Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |
| 15061390 | | Acima Leasing (Charles account), P.O. Box 1660, Draper, UT 84020 |
| 15061382 | + | Kalar Credit, P.O. Box 322, Des Moines, IA 50302-0322 |
| 15061385 | | Low Lease Processing, P.O. Box 3000, Dayton, OH 45401 |
| 15061381 | + | Miles Card Services, P.O. Box 700172, San Antonio, TX 78270-0172 |
| 15061379 | + | Mission Lane LLC (Charles account), P.O. Box 105286, Atlanta, GA 30348-5286 |
| 15061378 | + | Mission Lane LLC (Hien Account), P.O. Box 105286, Atlanta, GA 30348-5286 |
| 15068729 | + | PENNYMAC LOAN SERVICES, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15061377 | + | Sparrow Credit, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15061389 | + | Trash and Sewer Collection - Souderton Borough, 31 W. Summit Street, Souderton, PA 18964-1612 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 12 2026 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2026 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15061386 | | Email/Text: amscbankruptcy@adt.com | Jun 12 2026 00:40:00 | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 15071171 | | Email/Text: bnc@atlasacq.com | Jun 12 2026 00:39:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15061384 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 12 2026 00:39:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15079432 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 12 2026 00:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15065102 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2026 00:38:52 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15065543 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 12 2026 00:39:13 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15061383 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 12 2026 00:40:00 | Destiny Mastercard, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15061388 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 12 2026 00:39:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15061380 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 12 2026 00:40:00 | Indigo Mastercard, P.O. Box 4477, Beaverton, OR |

District/off: 0313-2                       User: admin                              Page 2 of 3

Date Rcvd: Jun 11, 2026                    Form ID: pdf900                          Total Noticed: 31

| | | | | |
|---|---|---|---|---|
| | | | | 97076-4401 |
| 15063243 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 00:38:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15065101 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2026 00:39:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15077020 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 12 2026 00:39:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 15078244 | + | Email/PDF: cbp@omf.com | Jun 12 2026 00:38:51 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15068651 | ^ | MEBN | Jun 12 2026 00:35:15 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15061387 | ^ | MEBN | Jun 12 2026 00:35:27 | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1139 |
| 15070512 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 00:38:53 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15081347 | + | Email/PDF: ebnotices@pnmac.com | Jun 12 2026 00:49:37 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15062784 | | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2026 00:40:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 15082499 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 12 2026 00:38:53 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | |

District/off: 0313-2                         User: admin                                    Page 3 of 3
Date Rcvd: Jun 11, 2026                      Form ID: pdf900                                Total Noticed: 31

        on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

SHARON S. MASTERS

        on behalf of Joint Debtor Hien T. Nguyen shmasters@hotmail.com  G65312@notify.cincompass.com

SHARON S. MASTERS

        on behalf of Debtor Charles K. Nguyen shmasters@hotmail.com  G65312@notify.cincompass.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :Chapter 7
                                          :
CHARLES K. NGUYEN                         :
HIEN T. NGUYEN                            :
                                          :
                                          :
                  Debtor(s)               :Bankruptcy No. 25-14186- AMC

**STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING
TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)**

        AND NOW, this 4th of June 2026, it is hereby agreed and
stipulated between the Trustee, Robert H. Holber, Esquire,
Chapter 7 Trustee, and Counsel for Debtor(s), Sharon S. Masters,
Esquire, as follows:

        1.  The current deadline for Trustee and any party in
interest to file a Complaint Objecting to Discharge and Time to
Move for Dismissal (or Conversion) is June 15, 2026.

        2. The parties hereby agree, that the Trustee, and any
party in interest including the U.S. Trustee shall have until
August 14, 2026 to file a Complaint  Objecting to Discharge
and/or filing a Motion to Dismiss (or Convert) pursuant to 11
U.S.C. Section 707(b).  Debtor's attorney certifies that she has
specific authority from the Debtor to enter into this
Stipulation.

_____              _____
Robert H. Holber                     Sharon S. Master, Esquire
Chapter 7 Trustee                    Counsel for Debtor


                            ORDER

        AND NOW, this        day of        , 2026, IT IS HEREBY
ORDERED that the above Stipulation be approved and made an Oder
of this Court with full force and effect thereof.

**Date: June 11, 2026**

                            _____
                            Ashely M. Chan
                            United States Bankruptcy Judge