**NAHRGANG & ASSOCIATES, P.C.**
**BY:  MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.:  60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041 ph**
**(610)489-3042 fax**
**E-Mail mnahrgang@verizon.net**
_____
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| | : |
| Charles K. Nguyen | : No. 25-14186 |
| Hien T. Nguyen | : |
|     Debtors | : |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

     Kindly enter my appearance for creditor, Tho Nguyen, in the above-captioned case.

                              /s/Matthew R. Nahrgang

                              _____
                              Matthew R. Nahrgang, Esquire