**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re Charles and Hien Nguyen               :        Chapter 7

                Debtor                      :        No. 25-14186

                                            : **HEARING DATE 8/12/2026 at 12:30pm**
                                            : **in Courtroom 4**


**NOTICE OF MOTION TO AVOID JUDGMENT LIEN**

Debtor has filed papers with the court to request an order avoiding judgment lien.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion or if you want the court to consider your views on the Motion, then on or before August 3, 2026, you or your attorney must:

1.  File with the court an answer or objection explaining your position at Office of the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market St., Ste. 400, Philadelphia, PA  19107.
2.   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to: .
Sharon S. Masters, Esq.
132 Overleaf Drive
Thorndale, PA  19372

2. **Attend the hearing scheduled to be held on August 23, 2026 at 12:30pm in Courtroom 4.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

*Isl* Sharon S. Masters, Esq.
Sharon S. Masters, Esq.
132 Overleaf Drive
Thorndale, PA 19372
Attorney for Debtor