**NAHRGANG & ASSOCIATES, P.C.**
**BY: MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.: 60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041**
**E-Mail mnahrgang@verizon.net**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| | : |
| Charles K. Nguyen | : No. 25-14186 |
| Hien T. Nguyen | : |
| Debtors | : |
| | : **Hearing Date: September 30, 2026** |
| | : **Hearing Time: 12:30 p.m.** |
| | : **Location: Courtroom #4** |
| | : **900 Market Street** |
| | : **Philadelphia, PA 19107** |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Movant, Tho Nguyen, has filed a MOTION TO EXTEND DISCHARGE DEADLINE.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 28, 2025, you or your attorney must do all of the following:

a. file an answer explaining your position at:
U.S. Bankruptcy Court
Robert N.C. Nix Bldg.
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

b. mail a copy to the Movant's attorney:

Matthew R. Nahrgang, Esquire
NAHRGANG & ASSOCIATES, P.C.
35 Evansburg Road.
Collegeville, PA 19426
(610)489-3041 telephone
(610)489-3042 fax

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M Chan on September 30, 2026, at 12:30 p.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4297.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: August 13, 2026