**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:** **Chapter 7**

**Charles and Hien Nguyen**

**Bky. No.** 25-14186

**Debtor**

* * * * * * *

**CERTIFICATION OF SERVICE**

I**,** Sharon S. Masters, Esq. ______________________________ , certify that on 9/17/2026, I did cause a true and _________ correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

• Response to Motion to Extend Deadline to File Dischargeability Complaint

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 9/17/2026 /s/ Sharon S. Masters

Sharon S. Masters, Esquire
Attorney for Debtors

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name Charles and Hien Nguyen
Address: 148 Penn Avenue
Souderton, PA 18964
Relationship of Party Debtor

Via: ☐ CM/ECF X 1st Class Mail ☐ Certified Mail ☐ Other:

Name: Christopher M. Sperring, Esq.
Address: Sperring Law Firm, LLC
3038 Church Road, Lafayette Hill, PA 19444
Relationship: Attorney for Creditor Tho Nguyen
Service by ECF and email

Name: Robert H. Holber, Esquire
Address: LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
Relationship: Chapter 7 Trustee
Service by ECF and email

Name: Matthew R. Nehrgang, Esq.
Address: NAHRGANG & ASSOCIATES, P.C. 35 Evansburg Road
Collegeville, PA 19426
Relationship: Attorney for Creditor Tho Nguyen
Service by ECF and email
E-Mail mnahrgang@verizon.net

Name:U.S. Trustee

Address:Robert N.C. Nix Federal
Building
900 Market Street
Suite 320 Philadelphia, PA 19107
Relationship:U.S.T.
Service By ECF