**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Charles K. Nguyen
Hien T. Nguyen
Debtors

No. 25-14186

**RESPONSE OF DEBTORS TO MOTION OF THO NGUYEN TO DISMISS CASE FOR CAUSE WITH PREJUDICE PURSUANT TO 11 USC 707(a) and 105(a)**

1. Admitted.

2. Admitted.

3. Admitted.

4. Debtors' bankruptcy cases are public record. The remaining allegations and implications are denied. Strict proof is required.

5-12. The bankruptcy proceedings are public record. Debtors are awaiting transcripts of the September 18, 2025 hearing in order to submit a memorandum of law in support of this Response.

13. The bankruptcy proceedings are public record. Debtors are awaiting transcripts of the September 18, 2025 hearing in order to submit a memorandum of law in support of this Response.

14. Statement of law, to which no response is required.

15. Statement of law, to which no response is required.

16. Denied. Allegations of fraud must be pled with particularity. Strict proof is required.

WHEREFORE, Respondents respectfully requests that this Honorable Court enter an Order denying the Motion in its entirety with prejudice.

Respectfully submitted,

/s/ Sharon S. Masters
Sharon S. Masters, Esquire
132 Overleaf Drive
Thorndale, PA 19372
(610) 322-5277
shmasters@hotmail.com
Attorney for Debtors/Respondents

Dated: 9/22/2026

________________________________