**NAHRGANG & ASSOCIATES, P.C.**
**BY: MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.: 60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041**
**E-Mail mnahrgang@verizon.net**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| Charles K. Nguyen | : | No. 25-14186 |
| Hien T. Nguyen | : | |
| Debtors | : | |

**ORDER**

AND NOW, this ___ day of _________, 2026, following scheduled hearings on Debtors' Motion to Avoid Lien of Tho Nguyen, Motion of Tho Nguyen to Extend Discharge Deadline, and Motion of Tho Nguyen to Dismiss Case With Prejudice, and with the agreement of Debtors and Tho Nguyen by and through their counsel, Sharon S. Masters, Esquire, and Matthew R. Nahrgang, Esquire, respectively, and the Trustee, Robert H. Holber, it is hereby ORDERED and DECREED that:

1. All 3 matters shall be heard on May 6, 2027, at 10:00 a.m. by Zoom. A separate Order regarding hearing procedures will be entered at a date closer to the hearing date.

2. No later than 120 days following the date of this Order, the Debtors, Tho Nguyen ("Tho"), and the Trustee, Robert H. Holber ("Trustee") shall have the opportunity to conduct discovery in preparation for the hearing on May 6, 2027.

3. No later than 30 days after the date of this Order, Debtors shall upload to the Trustee's Chapter 7 Axios website and provide to Tho's counsel, Matthew R Nahrgang, Esquire, via email in PDF the following documents:

a. The 2023, 2024, & 2025 federal tax returns, including, but not limited to 1040s and 1120s, if any, for Debtors, whether individual or joint, Ta Nguyen aka William Nguyen, and any businesses that any of them operated during those years.

b. For the years 2023, 2024, & 2025, any and all bank statements, whether checking, savings, money market, or any other similar account in which the Debtors, Ta Nguyen aka William Nguyen, and/or any businesses that any of them operated during those years, had any interest or ownership, whether individually or jointly, in their name, or for their benefit, regarding any of the foregoing individuals or entities.

c. all documents related to the purchase and ownership of real property with an address of 120 Memory Lane, Telford, Montgomery County, PA ("the Property") in the name of, inter alia, William Nguyen, including, but not limited to:

i. deed dated 11-8-22;

ii. HUD-1 settlement sheet;

iii. any mortgage secured by the Property since October 1, 2022 and any Notes executed by William Nguyen, whether individually or jointly;

iv. any applications submitted by William Nguyen to obtain any secured lien on the Property;

v. any gift letters submitted to any potential mortgage company by or on behalf of William Nguyen to seek a mortgage or other consensual lien on the Property.

vi. Agreement of Sale resulting in the issuance of the deed to, iter alia, William Nguyen.

______________________________
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge